UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 18, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.  23-1798,      John Raszkiewicz v. Progressive Max
                   5:21-cv-00038-JPB-JPM

TO:    John  Raszkiewicz

FILING CORRECTION DUE:  October 23, 2023

Please make the correction identified below and file a corrected document by the date indicated.

---

[XX ] Incorrect event used. Please refile document using

Event: BRIEF (formal briefs not under seal)

and select "Opening" from the dropdown menu

Rachel Phillips, Deputy Clerk
804-916-2702